Z. KATHRYN BRANSON, ESQ., Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: kbranson@littler.com

Attorneys for Defendant
WALMART INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ESTRELLITA FRAN POWELL-DEMISON,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART STORES, INC. d/b/a WALMART, DOES I though X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | Case No. 2:19-cv-00905-GMN-BNW<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 6-1 and LR II 7-1, Plaintiff, ESTRELLITA FRAN POWELL-DEMISON and Defendant WALMART INC., wrongfully named herein as Walmart Stores, Inc. d/b/a Walmart, by and through their respective attorneys of record, hereby stipulate and agree that Defendant has thirty (30) days to file its responsive pleading to Plaintiff's Complaint (ECF No. 1), which Complaint was filed on May 28, 2019 and served on August 29, 2019. The parties make this request due to Defendant's counsel's recent retention and need for additional time to investigate the allegations in the Complaint in order to respond.

If the requested extension is granted, Defendant will file its response to Plaintiff's Complaint on **October 21, 2019**.

This is the first request for an extension of time to file a responsive pleading made by the

parties and the parties make this request in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

Dated: September 17, 2019

Respectfully submitted,

*/s/ Kristina S. Holman, Esq.*
KRISTINA S. HOLMAN
HOLMAN LAW OFFICE

Attorney for Plaintiff
ESTRELLITA FRAN POWELL-DEMISON

Dated: September 17, 2019

Respectfully submitted,

*/s/ Z. Kathryn Branson, Esq.*
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WALMART INC.

4814-7452-2534.1 080000.4020

**IT IS SO ORDERED**

**DATED: September 18, 2019**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800