HOLMAN LAW OFFICE
Kristina S. Holman, SBN No. 3742
3470 E. Russell Road, Suite 202
Las Vegas, NV 89120
Tel: (702) 614-4777
Fax: (702) 487-3128
Email: _kholman@kristinaholman.com_
*Attorney for Plaintiff,*
    *Estrellita Fran Powell-Demison*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ESTRELLITA FRAN POWELL-DEMISON,<br><br>       Plaintiff,<br><br>vs.<br><br>WALMART STORES, INC. d/b/a WALMART; DOES I through X, inclusive; and, ROE CORPORATIONS 1 through X, inclusive.<br><br>       Defendants. | Case NO.: 2:19-cv-00905-GMN-BNW<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO MOTION TO DISMISS** |

       Pursuant to LR 6-1 and LR II 7-1, Plaintiff ESTRELLITA FRAN POWELL-DEMISION and Defendant WALMART INC., wrongfully named herein as Walmart Stores, Inc. d/b/a Walmart, by and through their respective attorneys of record, hereby stipulate and agree that Plaintiff has 10 days to file her opposition to Defendant Walmart Inc's Motion to Dismiss (ECF 13). The parties make this request due to Plaintiff's counsel need for additional time in light of her illness causing delay.

       If the requested extension is granted, Plaintiff will file its response to Defendant's Motion to Dismiss on Friday, **November 15, 2019**.

This request is Plaintiff's first request for an extension of time to file her Opposition to Defendant's Motion to Dismiss. This is the second request for an extension of time in this litigation made by the parties. This request is made in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

Dated: November 4, 2019

Respectfully submitted,


/s/ Kristina S. Holman

KRISTINA S. HOLMAN

HOLMAN LAW OFFICE

Dated: November 4, 2019

Respectfully submitted,


/s/ Z. Kathryn Branson

Z. KATHRYN BRANSON, ESQ.

LITTLER MENDELSON, P.C.


**IT IS SO ORDERED.**

Dated this _____5_____ day of November, 2019.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT