HOLMAN LAW OFFICE
Kristina S. Holman, SBN No. 3742
3470 E. Russell Road, Suite 202
Las Vegas, NV 89120
Tel: (702) 614-4777
Fax: (702) 487-3128
Email: *kholman@kristinaholman.com*
*Attorney for Plaintiff,*
    *Estrellita Fran Powell-Demison*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ESTRELLITA FRAN POWELL-DEMISON,<br><br>    Plaintiff,<br><br>vs.<br><br>WALMART STORES, INC. d/b/a WALMART; DOES I through X, inclusive; and, ROE CORPORATIONS 1 through X, inclusive.<br><br>    Defendants. | Case NO.: 2:19-cv-00905-GMN-BNW<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO MOTION TO DISMISS**<br>**(Second Request)** |

    Pursuant to LR 6-1 and LR II 7-1, Plaintiff ESTRELLITA FRAN POWELL-DEMISION and Defendant WALMART INC., wrongfully named herein as Walmart Stores, Inc. d/b/a Walmart, by and through their respective attorneys of record, hereby stipulate and agree that Plaintiff has seven (7) days to file her opposition to Defendant Walmart Inc's Motion to Dismiss (ECF 13). The parties make this request due to Plaintiff's counsel's need for additional time in light of her illness for which she is still under a doctor's care, causing this delay.

    If the requested extension is granted, Plaintiff will file her response to Defendant's Motion to Dismiss on **Friday**, **November 22, 2019**.

In addition, WALMART INC. requests an extension up to and including **Friday, December 6, 2019** to respond to the Opposition due to the Thanksgiving holiday.

This request is Plaintiff's second request for an extension of time to file her Opposition to Defendant's Motion to Dismiss. This is the third request for an extension of time in this litigation made by the parties. This request is made in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

Dated: November 15, 2019 | Dated: November 15, 2019

Respectfully submitted, | Respectfully submitted,

HOLMAN LAW OFFICE | LITTLER MENDELSON, P.C.

*/s/ Kristina S. Holman*_____ | */s/ Z. Kathryn Branson*_____
KRISTINA S. HOLMAN | Z. KATHRYN BRANSON, ESQ.

**IT IS SO ORDERED.**

Dated this __19__ day of November, 2019

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT