HOLMAN LAW OFFICE
Kristina S. Holman, SBN No. 3742
3470 E. Russell Road, Suite 202
Las Vegas, NV 89120
Tel: (702) 614-4777
Fax: (702) 487-3128
Email: *kholman@kristinaholman.com*
*Attorney for Plaintiff,*
    *Estrellita Fran Powell-Demison*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ESTRELLITA FRAN POWELL-DEMISON,<br><br>    Plaintiff,<br><br>vs.<br><br>WALMART STORES, INC. d/b/a WALMART; DOES I through X, inclusive; and, ROE CORPORATIONS 1 through X, inclusive.<br><br>    Defendants. | Case NO.: 2:19-cv-00905-GMN-BNW<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE OPPOSITION TO MOTION TO DISMISS**<br>**(Third Request)** |

      Pursuant to LR 6-1 and LR II 7-1, Plaintiff ESTRELLITA FRAN POWELL-DEMISION and Defendant WALMART INC., wrongfully named herein as Walmart Stores, Inc. d/b/a Walmart, by and through their respective attorneys of record, hereby stipulate and agree that Plaintiff has ten (10) days to file her opposition to Defendant Walmart Inc's Motion to Dismiss (ECF 13). The parties make this request due to Plaintiff's counsel, Kristina Holman's need for additional time in light of her chronic illness for which she remains under a doctor's care, and which required her to take three days out of the office, causing this delay. In addition, Ms. Holman's paralegal unexpectedly took three days off due to a tragic house fire that ultimately destroyed most of her belongings.

If the requested extension is granted, Plaintiff will file her response to Defendant's Motion to Dismiss on **Monday**, **December 2, 2019**.

In addition, WALMART INC. requests an extension up to and including **Monday, December 16, 2019** to respond to the Opposition due to the holidays.

This request is Plaintiff's third request for an extension of time to file her Opposition to Defendant's Motion to Dismiss. This is the third request for an extension of time in this litigation made by the parties. This request is made in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: November 22, 2019 | Dated: November 22, 2019 |
| Respectfully submitted, | Respectfully submitted, |
| HOLMAN LAW OFFICE | LITTLER MENDELSON, P.C. |
| */s/ Kristina S. Holman*_____ | */s/ Z. Kathryn Branson*_____ |
| KRISTINA S. HOLMAN | Z. KATHRYN BRANSON, ESQ. |

IT IS SO ORDERED

Dated this 25 day of November, 2019

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT