Z. KATHRYN BRANSON, ESQ., Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: kbranson@littler.com

Attorneys for Defendant
WALMART STORES INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ESTRELLITA FRAN POWELL-DEMISON,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART STORES, INC. d/b/a WALMART, DOES I though X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | Case No. 2:19-cv-00905-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES OF MOTION TO DISMISS (ECF NO. 13) PENDING DISMISSAL** |

Defendant WALMART STORES, INC. ("Defendant") and ESTRELLITA FRAN POWELL-DEMISON ("Plaintiff"), by and through their respective counsel of record, hereby stipulate and agree to extend Plaintiff's deadline to respond to Defendant's Motion to Dismiss (ECF No. 13) in light of the fact that the parties have reached a tentative resolution of all claims pending before this Court. Specifically, the parties stipulate to extend the deadline for Plaintiff to file her opposition to Defendant's Motion to Dismiss.

The parties further stipulate and agree to file all papers necessary to dismiss and close this matter by **January 6, 2020**, and that if this cannot be accomplished by that deadline, the parties will submit a subsequent stipulation, though the parties anticipate that that will not be necessary. This is the fourth request to extend Plaintiff's filing deadline for her Opposition, and the first request to extend

briefing deadlines to effectuate dismissal of this matter. The parties make this request in good faith and not for the purpose of delay.

Dated: December 6, 2019

Respectfully submitted,

*/s/ Kristina S. Holman, Esq.*
KRISTINA S. HOLMAN
HOLMAN LAW OFFICE

Attorney for Plaintiff
ESTRELLITA FRAN POWELL-DEMISON

Dated: December 6, 2019

Respectfully submitted,

*/s/ Z. Kathryn Branson, Esq.*
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WALMART INC.

**IT IS SO ORDERED.**

Dated this __6__ day of December, 2019.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT