HOLMAN LAW OFFICE
Kristina S. Holman, SBN No. 3742
3470 E. Russell Road, Suite 202
Las Vegas, NV 89120
Tel: (702) 614-4777
Fax: (702) 487-3128
Email: *kholman@kristinaholman.com*
*Attorney for Plaintiff,*
   *Estrellita Fran Powell-Demison*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ESTRELLITA FRAN POWELL-DEMISON,<br><br>               Plaintiff,<br><br>vs.<br><br>WALMART STORES, INC. d/b/a WALMART, DOES I though X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>               Defendant. | Case No. 2:19-cv-00905-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES OF MOTION TO DISMISS (ECF NO. 13) PENDING DISMISSAL** |

     Plaintiff ESTRELLITA FRAN POWELL-DEMISON ("Plaintiff") and Defendant WALMART STORES, INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to extend Plaintiff's deadline to respond to Defendant's Motion to Dismiss (ECF No. 13) in light of the fact that the parties have reached a tentative resolution of all claims pending before this Court.  Specifically, the parties stipulate to extend the deadline for Plaintiff to file her opposition to Defendant's Motion to Dismiss for an additional fourteen (14) days from the previous deadline of January 6, 2020**.**

. . .

The parties further stipulate and agree to file all papers necessary to dismiss and close this matter by **January 21, 2020**, and that if this cannot be accomplished by that deadline, the parties will submit a subsequent stipulation, though the parties anticipate that that will not be necessary. This is the fifth request to extend Plaintiff's filing deadline for her Opposition, and the second request to extend briefing deadlines to effectuate dismissal of this matter. The parties make this request in good faith and not for the purpose of delay.

Dated: January 7, 2020

Respectfully submitted,

*/s/ Kristina S. Holman, Esq.*
KRISTINA S. HOLMAN
HOLMAN LAW OFFICE

Attorney for Plaintiff
ESTRELLITA FRAN POWELL-DEMISON

Dated: January 7, 2020

Respectfully submitted,

*/s/ Z. Kathryn Branson, Esq.*
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WALMART INC.

**IT IS SO ORDERED.**

Dated this __8__ day of January, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT