Z. KATHRYN BRANSON, ESQ., Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: kbranson@littler.com

Attorneys for Defendant
WALMART STORES INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ESTRELLITA FRAN POWELL-DEMISON,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART STORES, INC. d/b/a WALMART, DOES I though X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | Case No. 2:19-cv-00905-GMN-BNW<br><br>**STIPULATION AND ORDER TO VACATE EARLY NEUTRAL EVALUATION SESSION PENDING DISMISSAL** |

Defendant WALMART STORES, INC. ("Defendant") and ESTRELLITA FRAN POWELL-DEMISON ("Plaintiff"), by and through their respective counsel of record, hereby stipulate and agree to VACATE the pending Early Neutral Evaluation session, scheduled before Magistrate Judge Youchah on January 23, 2020 (ECF No. 15), in light of the fact that the parties have reached a resolution of all claims pending before this Court and are in the process of preparing and filing dismissal papers.

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This is the first request to vacate the ENE. The parties make this request in good faith and not for the purpose of delay.

Dated: January 15, 2020

Respectfully submitted,

*/s/ Kristina S. Holman, Esq.*
KRISTINA S. HOLMAN
HOLMAN LAW OFFICE

Attorney for Plaintiff
ESTRELLITA FRAN POWELL-DEMISON

Dated: January 15, 2020

Respectfully submitted,

*/s/ Z. Kathryn Branson, Esq.*
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WALMART INC.

**IT IS SO ORDERED.**

Dated this 16th day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800