Z. KATHRYN BRANSON, ESQ., Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: kbranson@littler.com

Attorneys for Defendant
WALMART STORES INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ESTRELLITA FRAN POWELL-DEMISON,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART STORES, INC. d/b/a WALMART, DOES I though X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | Case No. 2:19-cv-00905-GMN-BNW<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

Defendant WALMART STORES, INC. ("Defendant") and ESTRELLITA FRAN POWELL-DEMISON ("Plaintiff"), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear its own costs and attorney's fees. The parties agree that neither party shall be deemed to be a prevailing party in this

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

action and that neither party will file for an award of attorney's fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

Dated: January 21, 2020

Respectfully submitted,

/s/ *Kristina S. Holman, Esq.*
KRISTINA S. HOLMAN
HOLMAN LAW OFFICE

Attorney for Plaintiff
ESTRELLITA FRAN POWELL-DEMISON

Dated: January 21, 2020

Respectfully submitted,

Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WALMART INC.

**IT IS SO ORDERED.**

Dated this  21  day of January, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

4840-3805-9695.1 080000.4020

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800